GABRIEL TALLEY ARMSTRONG   REPUBLIC FINANCE
19419 SAUCIER LIZANA RD    ATTN: BANKRUPTCY
SAUCIER, MS 39574          7031COMMERCE CIRCLE
                           BATON ROUGE, LA 70809


THOMAS C. ROLLINS, JR.     SOUTHERN FINANCIAL
THE ROLLINS LAW FIRM, PLLC P.O. BOX 15203
P.O. BOX 13767             HATTIESBURG, MS 39401
JACKSON, MS 39236


1ST FRANKLIN               SPRINGLF FIN
3179 MALLETT ROAD          PO BOX 1010
DIBERVILLE, MS 39540       EVANSVILLE, IN 47706


AMERICAN FIRST FINANCE     ZENDABLE L
ATTN: BANKRUPTCY           3100 CLARENDON BLVD
P.O. BOX 565848            ARLINGTON, VA 22201
DALLAS, TX 75356

CASHAPP
1955 BROADWAY, SUITE 6
OAKLAND, CA 94612


CITICORP
PO BOX 790046
ST LOUIS, MO 63179


CREDIT COLLECTION
ATTN: BANKRUPTCY
725 CANTON ST,
NORWOOD, MA 02062

KEESLER FCU
ATTN: BANKRUPTCY
PO BOX 7001
BILOXI, MS 39534

REGIONAL ACCEPTANCE
ATTN: BANKRUPTCY
1424 E. FIRETOWER ROAD
GREENVILLE, NC 27858