**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN RE:**

**GABRIEL TALLEY ARMSTRONG** **NO. 26-51258 KMS**

**MOTION TO APPROVE AGREEMENT RELATING TO RELIEF FROM THE AUTOMATIC STAY**

Comes now Regional Acceptance Corporation (hereinafter "Regional Acceptance"), by and through its counsel of record, Byrd & Wiser, and files this its Motion to Approve Agreement relating to Relief from Automatic Stay, and in support of same would show unto the Court the following, to-wit:

I

This Court has jurisdiction over the parties and the subject matter pursuant to 28 USC Section 1334. This Motion is a core proceeding pursuant to 28 USC Section 157(b)(2)(A),(G).

II

The instant case is a proceeding pursuant to Chapter 7 of the Bankruptcy Code.

III

The Movant and Debtor have reached an agreement providing for, inter alia, relief from the automatic stay provisions of Section 362 as to the Movant, Regional Acceptance. A copy of the agreement, reflected in the form of an Agreed Order, is attached hereto as Exhibit "A".

IV

Pursuant to Rule 9014(b) and 7004(b)(9) of the Federal Rules of Bankruptcy Procedure, this Motion to Approve is served upon all necessary parties, and all necessary parties have approved the Agreement in the form of the Agreed Order attached hereto.

WHEREFORE, premises considered, the Movant herein, would pray that this Court enter its Order granting Movant's Motion to Approve Agreement by approving and entering the Agreed Order attached hereto, and the Movant prays for such other and further relief as is just and proper

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

in the premises.

Respectfully submitted,

REGIONAL ACCEPTANCE CORPORATION

BY: BYRD & WISER

BY: ______________________
ROBERT ALAN BYRD, MSB#7651
EMAIL: rab@byrdwiser.com

**CERTIFICATE**

I, ROBERT ALAN BYRD, Attorney for Regional Acceptance Corporation, do hereby certify that I have this date transmitted via Electronic Case Filing, as it appears on this date in the court registered e-filers of CM/ECF and/or via U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing Motion to Approve Agreement relating to Relief from Automatic Stay to the following:

Thomas C. Rollins, Jr., Attorney for Debtor, at **trollins@therollinsfirm.com**

Zachary S. Wessler, Sr., Trustee, at **chapter7trustee@wesslerlawgroup.com**

Office of the U.S. Trustee, at **USTPRegion05.JA.ECF@usdoj.gov**

This the 17 day of August, 2026.

______________________
ROBERT ALAN BYRD

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029