**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 24, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**Gabriel Talley Armstrong,** **CASE NO: 26-51258 KMS**

**DEBTOR(S).** **CHAPTER 7**

Robert A. Byrd, Esq.

# ORDER SETTING SHOW CAUSE

YOU ARE HEREBY ORDERED TO APPEAR on October 1, 2026, at 9:00 a.m. in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr., U. S. Courthouse, 2012 15th Street, Gulfport, Mississippi, to show cause why sanctions or other relief should not be imposed for failure to comply with the Notice to File Corporate Ownership Statement (Dkt. #14) issued on August 18, 2026, in the above-styled case.

##END OF ORDER##