**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 25, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

| | |
|---|---|
| **GABRIEL TALLEY ARMSTRONG,** | **CASE NO. 26-51258 KMS** |
| **DEBTOR(S).** | **CHAPTER 7** |

**<u>ORDER DISMISSING ORDER TO SHOW CAUSE</u>**

There came on for consideration the Order to Show Cause (Dkt. #15) entered on August 24, 2026, to show cause why sanctions or other relief should not be imposed for failure to comply with the Notice to File Corporate Ownership Statement (Dkt. #14) in the above-styled case. The Court, having considered same, finds that the Order should be dismissed.

IT IS, THEREFORE, ORDERED that the Order is hereby dismissed.

##END OF ORDER##