**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 25, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**IN RE:**

**GABRIEL TALLEY ARMSTRONG** **NO. 26-51258 KMS**

## ORDER

This matter having come on for consideration upon the Motion to Approve Agreement filed on behalf of Regional Acceptance Corporation (hereinafter "Regional Acceptance") (DK#_13_) and the Court being advised that all parties agree to the requested relief, and that the Motion to Approve Agreement is well taken and should be granted, it is therefore,

ORDERED, ADJUDGED AND DECREED that the Motion to Approve Agreement filed on behalf of Regional Acceptance be, and the same hereby is granted, and further the Automatic Stay of Section 362 of the Bankruptcy Code is hereby terminated as to Regional Acceptance so as to allow it to pursue its rightful remedies as to its subject matter personal property, namely one 2018 Nissan Altima, VIN 1N4AL3AP8JC228424.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the subject matter personal property of the Debtor be, and the same hereby is, abandoned as property of the estate.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall be immediately enforceable, and the provisions of Rule 4001(a)(3) F.R.Bkp. Pro., shall not apply

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

to this Order.

**###END OF ORDER###**

AGREED BY:

ROBERT ALAN BYRD, Attorney for
Regional Acceptance Corporation

/S/THOMAS C. ROLLINS, JR.
Attorney for Debtor

/S/ZACHARY S. WESSLER, SR.
CHAPTER 7 TRUSTEE
(Signed with Trustee's permission granted via email dated 2026.08.17)

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1N4AL3AP8JC228424 | NISS | 2018 | ALTIMA | SD | MS1188069888 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 03/13/2020 | | 4 | USED | PC | 26776 ACTUAL |

**OWNER(S)**

ARMSTRONG, GABRIEL
19419 SAUCIER LIZANA RD
SAUCIER MS 39574-8978

**BRANDS**

**1ST LIENHOLDER**

REGIONAL ACCEPTANCE CORP
P O BOX 277760
SACRAMENTO CA 95827

**DATE:** 02/03/2020

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

REGIONAL ACCEPTANCE CORP
P O BOX 277760
SACRAMENTO CA 95827

M251-1

[redacted]

**LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.**

1ST LIEN ______________________________ (LIENHOLDER) BY ______________________ (SIGNATURE AND TITLE)

THIS ______________ DAY OF ______________ 20______

2ND LIEN ______________________________ (LIENHOLDER) BY ______________________ (SIGNATURE AND TITLE)

THIS ______________ DAY OF ______________ 20______

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 13TH DAY OF MARCH 20 20

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1 Mississippi Code of 1972, and subject to the provisions thereof

CONTROL NUMBER

0 [illegible]

MISSISSIPPI DEPARTMENT OF REVENUE

Herb Frierson

VOID IF ALTERED